**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No.: 0:25-cv-62274 (DSL) (PDA)**

--------------------------------------------------------X
FREDSON ALMEIDA DOS ANJOS, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

COLETTE 4 INC. d/b/a FETTA REPUBLIC, and YANA KIRKIS,

Defendants.
--------------------------------------------------------X

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida ("USDC SDF"), the undersigned respectfully moves for the admission *pro hac vice* of Emanuel Kataev, Esq. ("Kataev"), of the law firm of Sage Legal LLC, 18211 Jamaica Avenue, Jamaica, NY 11423-2327, (718) 412-2421, for purposes of appearance as co-counsel on behalf of Plaintiff Fredson Almeida dos Anjos ("Plaintiff"), on behalf of himself and all others similarly situated, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures ("CM/ECF AP"), to permit Kataev to receive electronic filings in this case, and in support thereof states as follows:

1. Kataev is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar and the United States District Court for the Eastern District of New York.

2. Movant, David Pinkhasov ("Movant"), of the law firm of Consumer Attorneys, PLLC, 6829 Main Street, Flushing, NY 11367-1305, (718) 701-4605, is a member in good standing of the Florida Bar and the USDC SDF and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF AP. *See* Section 2B of the CM/ECF AP.

3. In accordance with the local rules of this Court, Kataev has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Kataev, by and through designated counsel and pursuant to Section 2B of the CM/ECF AP, hereby requests the Court to provide Notice of Electronic Filings to Kataev at email address: emanuel@sagelegal.nyc.

WHEREFORE, David Pinkhasov, respectfully moves this Court to enter an Order permitting Kataev to appear before this Court on behalf of Plaintiff for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kataev.

//

Date: Flushing, New York
December 30, 2025

Respectfully submitted,

**CONSUMER ATTORNEYS, PLLC**

*/s/ David Pinkhasov*
David Pinkhasov
Florida Bar No. 1040933
dpinkhasov@consumerattorneys.com
6829 Main Street
Flushing, NY 11367-1305
(718) 701-4605

*Attorneys for Plaintiff*
*Fredson Almeida dos Anjos*
*and all others similarly situated*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**Case No.: 0:25-cv-62274 (DSL) (PDA)**

FREDSON ALMEIDA DOS ANJOS,
on behalf of himself and all others
similarly situated,

Plaintiffs,

v.

COLETTE 4 INC. d/b/a
FETTA REPUBLIC,
and YANA KIRKIS,

Defendants.

_____________________________/

**CERTIFICATION OF Emanuel Kataev**

Emanuel Kataev, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York State Bar and the United States District Court for the Eastern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Emanuel Kataev, Esq.
New York Bar No. 5154588
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
emanuel@sagelegal.nyc