UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-62274-LEIBOWITZ

FREDSON ALMEIDA DOS ANJOS,

     *Plaintiff,*

*v.*

COLETTE 4 INC., *et al.*,

     *Defendants.*

_____/

## ORDER

THIS CAUSE is before the Court on a *sua sponte* review of the docket.  On December 3, 2025, the Court entered its Order in Actions Brought Under the Fair Labor Standards Act ("the FLSA Scheduling Order"), which required Plaintiff to file a statement of claim no later than December 10, 2025.  [ECF No. 8 ¶ 1].  To date, Plaintiff has not filed a statement of claim.

Being fully advised, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall file a statement of claim as required by the FLSA Scheduling Order no later than March 27, 2026. Thereafter, the parties shall adhere to the deadlines as set forth in the FLSA Scheduling Order.  The Court reiterates that a party's "[f]ailure to comply with **ANY** of the[] procedures [set forth in the FLSA Scheduling Order] may result in the imposition of appropriate sanctions, including the dismissal of this action or entry of default."  [*Id.* ¶ 5].

**DONE AND ORDERED** in the Southern District of Florida on March 20, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record