UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-62274-DSL

FREDSON ALMEIDA DOS ANJOS, on
behalf of himself and all others similarly
situated,

        Plaintiffs,

vs.

COLETTE 4 INC. d/b/a FETTA REPUBLIC,
and YANA KIRKIS,

        Defendants.

_____/

## JOINT NOTICE RE: SETTLEMENT CONFERENCE

The Parties, by and through the undersigned counsel, and pursuant to the Court's Order (ECF No. 18), hereby file this Joint Notice re: Settlement Conference, and state as follows:

1. The Court entered an Order (ECF No. 18), requiring that the Parties confer and proposed available dates for a Settlement Conference during the weeks of April 20 – 24, 2026 and April 27 – May 1, 2026.

2. Counsel for the Parties conferred and could not find dates that both Parties were available.

3. Plaintiff and Plaintiff's counsel were available April 23, 24 and 27, but Defendants were already scheduled to be out of town and unavailable those dates.

4. Defendants and Defendants' counsel were available April 20-22 and 28, but Plaintiff and/or Plaintiff's counsel are unavailable on those dates.

5. The remaining dates were unavailable for one or both Parties and/or their counsel.

Respectfully submitted,

TODD W. SHULBY, P.A.
Todd W. Shulby, Esq.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Counsel for Defendants

By:    /s/Todd W. Shulby, Esq.
       Florida Bar No.: 068365


**CONSUMER ATTORNEYS, PLLC**
/*s/ David Pinkhasov*
David Pinkhasov, FL # 1040933
6829 Main Street
Flushing, NY 11367-1305
(718) 701-4605 (office)
(718) 715-1750 (facsimile)
dpinkhasov@consumerattorneys.com

Emanuel Kataev, Esq.
*Admitted pro hac vice*
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Fredson Almeida Dos Anjos and*
*all others similarly situated*

2