**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-CV-62274-LEIBOWITZ/AUGUSTIN-BIRCH**

**FREDSON ALMEIDA DOS ANJOS,**

      **Plaintiff,**

**v.**

**COLETTE 4 INC. and YANA KIRKIS,**

      **Defendants.**

                                    /

## ORDER SCHEDULING SETTLEMENT CONFERENCE

The Honorable David S. Leibowitz, United States District Judge, has referred this matter for a settlement conference before the undersigned United States Magistrate Judge.  DE 8.  The Court hereby **ORDERS** as follows:

1. **Conference Date.**  The settlement conference will be held on **May 19, 2026**, at **9:30 a.m.** Eastern Standard Time.  The settlement conference will be conducted via Zoom Video Teleconference.  To log in through ZoomGov Meeting, use Meeting ID 16096518849 and Passcode 752819.  All attendees must appear by both audio and video and must log on at least 15 minutes prior to the start of the settlement conference to ensure that their system is working properly.  Counsel must meet (in-person or remotely) with their clients in advance of the settlement conference to discuss measures that will ensure that both counsel and client have the ability to participate in a Zoom meeting by audio and video with a stable internet connection.  In particular, clients unfamiliar with Zoom should do an advance trial run at the location where they will participate in the settlement conference.  If there is any doubt about a client's ability to maintain a stable connection to Zoom during the settlement conference, counsel must make arrangements for

the client to participate in the settlement conference at counsel's office.  The settlement conference will not be continued absent a motion filed in advance of the settlement conference and a showing of compelling circumstances.  Any motion for a continuance must include at least three alternative dates on which all counsel and parties are available for a rescheduled settlement conference.

2.  **Attendance.**  All parties and their counsel must appear for the settlement conference.  An individual with full authority to negotiate and finalize settlement for each party must be present.  For a business entity, a representative with full authority to bind the company must appear.  If a settlement would be payable from insurance proceeds, a representative of the insurer with full authority to authorize settlement up to the insurance coverage limit must appear.  Having an appropriate party available by telephone will not be acceptable.  All attendees must be prepared to engage in continuous and good faith negotiations until either a resolution is reached or the Court declares an impasse.

3.  **Interpreters.  The Court does not provide interpreters for civil cases.  If an attendee does not speak fluent English, the party requiring an interpreter must arrange the attendance of a certified interpreter and incur the cost of the same.**

4.  **Pre-Conference Settlement Efforts.**  Prior to the settlement conference, the parties must negotiate and make a good faith effort to settle this case without the Court's involvement.  In the event that the case settles before the settlement conference, the parties must immediately advise Chambers by email at Augustin-Birch@flsd.uscourts.gov, as well as comply with Local Rule 16.4.

5.  **Confidential Settlement Memoranda.**  No later than **May 12, 2026**, each party's counsel must email to Chambers at Augustin-Birch@flsd.uscourts.gov a confidential settlement memorandum of no more than five pages.  The memorandum should not be filed and will not be shared with opposing parties absent the approval of the submitting party.  The memorandum must

candidly outline the outstanding issues in the case, the party's position as to those issues, the party's assessment of the strengths and weaknesses of its case, all settlement negotiations including the current offer and counteroffer, and any other information that may be helpful to the Court.

6.  **Conference Format.** The Court will generally use a mediation format: a joint session with opening presentations by the Court and each side followed by private caucusing by the Court with each side. The Court expects counsel and all party representatives to be fully prepared to participate.  The settlement conference will be conducted without a court reporter and will not be recorded.  All representations and statements made during the settlement conference must remain confidential and are not admissible at trial.

7.  Failure of an appropriate person to attend the settlement conference and participate in good faith negotiations or to comply with any other term of this Order may result in sanctions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 14th day of April, 2026.

PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE